IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

09 MAR -4  PM 4: 16

CLERK-SANTA FE

JEFFREY FORTER,

      Plaintiff,

v.                                                                    No. CIV 04-791 BB/RHS

ERMA BUSTOS, et al.,

      Defendants.

**ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS
AND GRANTING IN PART AND DENYING IN PART
<u>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

THIS MATTER comes before the Court on "Plaintiff's Answer to Defense <u>Supplemental</u>

Martinez Report and Motion for Summary Judgment ("Motion for Summary Judgment"), filed

May 22, 2008 **[Doc. No. 74]** and the "Magistrate Judge's Proposed Findings and Recommended

Disposition Regarding Plaintiff's Motion for Summary Judgment" ("PFRD"), filed February 3,

2009 **[Doc. No. 80]**.  No objections have been filed to the Magistrate Judge's PFRD.  Having

considered the same, the Court will adopt the proposed findings of the United States Magistrate

Judge, will grant in part and deny in part Plaintiff's Motion for Summary Judgment and will

remand this matter to the Magistrate Judge for further proceedings.

      **WHEREFORE,**

      **IT IS ORDERED** that the Magistrate Judge's proposed findings **[Doc. No. 80]** are

adopted by the Court.

      **IT IS FURTHER ORDERED** that "Plaintiff's Motion for Summary Judgment" **[Doc.

No. 74]** is **granted in part** and **denied in part** as follows:

(1)    summary judgment is **granted** on Plaintiff's claim that Defendants violated his First Amendment rights by prohibiting his receipt of a newspaper subscription in Level IV; and

(2)    summary judgment is **denied** on Plaintiff's claim that Defendants violated his First Amendment rights by prohibiting his receipt of a newspaper subscription in Levels VI and V.

**IT IS FURTHER ORDERED** that summary judgment is **granted** in Defendants' favor on Plaintiff's claim that his First Amendment rights were violated by Defendants' policy prohibiting Plaintiff's receipt of a newspaper subscription in Levels VI and V.

**IT IS FINALLY ORDERED** that this matter is remanded to the Magistrate Judge for further proceedings.

_____
UNITED STATES DISTRICT JUDGE